| | |
|---|---|
| 1 | Carter L. Fjeld |
| 2 | Velikanje, Moore & Shore, P.S. |
|   | P.O. Box 22550 |
| 3 | Yakima, Washington 98907 |
|   | Telephone: (509) 248-6030 |
| 4 | Facsimile: (509) 453-6880 |
| 5 | Attorneys for Plaintiff |

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

BORTON & SONS, INC., a Washington corporation,

    Plaintiff,

v.

TRADELINK, INC., a Florida corporation; JORGE GARRIDO, an individual man; LOURDES GARRIDO, an individual woman, and the marital estate of Jorge Garrido and Lourdes Garrido,

    Defendants.

Case No. CV-04-3076-EFS

ORDER OF DISMISSAL WITH PREJUDICE AND WITHOUT COSTS AND ACKNOWLEDGEMENT OF SATISFACTION OF REPARATION ORDER ENTERED UNDER USDA PERISHABLE AGRICULTURAL COMMODITIES ACT DOCKET #RD-03-212

This matter having come on regularly before the above encaptioned court and the court having reviewed the documents and pleading on records herein and deeming itself otherwise fully advised in the premises thus herewith.

ORDERED, ADJUDGED AND DECREED as follows:

1. That the instant cause of action be and is herewith dismissed with prejudice and without costs.

ORDER OF DISMISSAL - 1
G:\CLF\Borton & Sons\Tradelinks\Order of Dismissal

2. That the reparation award entered under USDA, PACA RD-03-212 on July 28, 2003 be and is herewith acknowledged as having been satisfied by Defendant Tradelink, Inc.

Done in open court this ___15th___ day of May, 2006.

s/ Edward F. Shea
Edward F. Shea
United States District Judge

Presented, agreed and stipulated to:

/s/Carter L. Fjeld
Velikanje, Moore & Shore, P.S.
P.O. Box 22550
Yakima, Washington 98907
Telephone: (509) 248-6030
Facsimile: (509) 453-6880
Attorneys for Plaintiff

Agreed to and stipulated to the date first written above

s/BLAINE T. CONNAUGHTON WSBA #19766
Attorney for Defendant
CONNAUGHTON LAW OFFICE
514B North First Street
Yakima, WA 98901
(509) 249-0080 Fax (509) 469-8836
Email: connlawb@juno.com

ORDER OF DISMISSAL - 2
G:\CLF\Borton & Sons\Tradelinks\Order of Dismissal